



U.S. POSTAGE
PAID
SEABROOK, NH
03874
FEB 08, 18
AMOUNT
$1.84
R2305M147643-08

03301

1000

Michael Hickey
2-B Ferry Road
SALisbury MA 01952

Clerk
US District court
55 Pleasant ST
Room 110
Concord NH 03301-3941